**Exhibit A to the Complaint**

**Location:** Danbury, CT  
**Total Works Infringed:** 22  
**IP Address:** 71.233.212.101  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 1018A676073B24EB9A7384E7BF56686079E27B27 | Tushy | 10/08/2018 09:08:30 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 2 | 050511E544A94851EDE7195D2AEE4D38A1102E4D | Tushy | 08/21/2018 19:16:12 | 06/15/2018 | 07/14/2018 | PA0002128159 |
| 3 | 0B16315F57F07E173D0600CC87ABFC94AE29EC92 | Tushy | 11/07/2018 03:40:13 | 11/02/2018 | 12/09/2018 | 17210345213 |
| 4 | 37A6B5BDFD979CD2C8D678F01F615EE0792C6DA1 | Tushy | 10/08/2018 08:42:24 | 10/03/2018 | 11/01/2018 | 17094105669 |
| 5 | 42FB29936F0773461AB894640E5895EE9B843742 | Tushy | 09/26/2018 03:14:35 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 6 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | Tushy | 08/20/2018 16:25:53 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 7 | 671DDFBC666A9FFA0E88AB3B20AB945C9AB2FF25 | Tushy | 09/26/2018 03:14:35 | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 8 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | Tushy | 11/18/2018 23:29:22 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 9 | 6F3ECC6B6F2049CB91A3321964BC886A73A62994 | Tushy | 10/08/2018 07:55:58 | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 10 | 70EA4507606918AE97CFB4C96B9F691455823620 | Tushy | 07/14/2018 00:37:49 | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 11 | 7187921EA9FCD6A45613346F742B048B53088923 | Tushy | 09/26/2018 03:14:53 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 12 | 7927D991B118B583CD71828F2F63A12B4635B5E7 | Tushy | 07/14/2018 00:39:30 | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 13 | 7ADD0E09EEEF892982208191A8808453A1480C84 | Tushy | 11/07/2018 01:22:50 | 10/28/2018 | 12/09/2018 | 17210310513 |
| 14 | 85D5FBF147E9471F935771CE52471E3036270454 | Tushy | 07/14/2018 00:38:56 | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 15 | 96C5FAB5B28BFD4CE4F2E8F1374B1E24026A6281 | Tushy | 11/18/2018 23:30:50 | 11/12/2018 | 12/09/2018 | 17210310463 |
| 16 | C1BE31F7D65F73871C6AA4150291DC6982E790F1 | Tushy | 08/20/2018 16:26:38 | 08/19/2018 | 09/05/2018 | PA0002134998 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | C4705CDBE06284FCCC4E7C0AFA85554E5CE10645 | Tushy | 08/20/2018 16:26:22 | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 18 | C75D2E32CF8D8B2AC61DA56AA33AEE3C70EE140D | Tushy | 08/20/2018 16:25:07 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 19 | EBF6DE2089091C425BD0D28BE90ACD7A9F874B67 | Tushy | 11/07/2018 03:47:40 | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 20 | F445823EE2BB5E4BF4886EB8490DF47ACC438C4E | Tushy | 07/14/2018 00:39:19 | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 21 | F9FF1383FC310DBEF9E0621A1E61DDFBC3B0E418 | Tushy | 08/20/2018 16:25:15 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 22 | FDF2C8AE50747F233C8E1FAA401D78348A23859C | Tushy | 09/26/2018 03:14:22 | 05/11/2018 | 05/24/2018 | PA0002101379 |